# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARQUIS R. ANDERSON,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 10-00582-CG-B |
| **TONY PATTERSON,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 8th day of June, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE